ACCEPTED
05-15-01068-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/17/2015 5:34:41 PM
LISA MATZ
CLERK

# WOLF & HENDERSON, P.C.

A Professional Corporation
*Attorneys at Law*
4309 Irving Avenue, Suite 200
Dallas, Texas 75219

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/17/2015 5:34:41 PM
LISA MATZ
Clerk

(214) 750-1395

Telecopier (214) 740-1395

December 17, 2015

Lisa Matz, Clerk of the Court
Fifth Court of Appeals
600 Commerce St., Suite 200
Dallas, Texas 75202

> Re:  Court of Appeals No. 05-15-01068  *My Three Sons, Ltd., et al. v. Midway/Parker Medical Center, L.P., et al.*
>
> Trial Court Cause No. 380-00398-2013, *My Three Sons, Ltd., et al v. Midway/Parker Medical Center, L.P., et al., in the 380th District Court of Collin County, Texas*

Dear Ms. Matz:

I represent the Appellants.  Today, I am receipt of a letter from Sean Higgins, attorney for Appellee Southstar Fire Protection Company, stating that the Court Reporter for the 380th District Court (Karla Kimbrell) informed him that Appellants had not made arrangements to pay for the preparation of the transcript of the August 10, 2015 hearing. (As an aside, the Ms. Kimbrell has received payment for, and has already prepared and filed the reporter's record for the May 18, 2015 hearing).  Please be advised that I spoke with Ms. Kimbrell this afternoon and that she has confirmed to me that she has in fact received payment for the transcription of the August 10 hearing.  Evidently, Ms. Kimbrell was unaware of the payment at the time of Mr. Higgins inquiry.

> Sincerely,
>
> */s/ Craig P. Henderson*
> Craig P. Henderson

/cph